158 A.3d 69

COMMONWEALTH of Pennsylvania, Respondent

v.

Alvarez DEMPSIS, Petitioner

No. 217 EAL 2016

Supreme Court of Pennsylvania.

September 20, 2016

## ORDER

PER CURIAM

**AND NOW**, this 20th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**